# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4219

_____

HARENS A. ERAZO,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

February 6, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Harens A. Erazo, pro se, Appellant.

Pamela Jo Bondi, Attorney General, David Llanes, Assistant Attorney General, Tallahassee, for Appellee.